# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:16-cr-19-2 |
| | ) | |
| v. | ) | Judge Harry S. Mattice |
| | ) | |
| AMY LEE RAMOS COLLAZO | ) | Magistrate Judge Christopher H. Steger |

## ORDER

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation [Doc. 145] recommending that the Court: (1) grant Defendant's motion to withdraw her not guilty plea as to a lesser-included offense of Count One of the Indictment; (2) accept Defendant's guilty plea as to a lesser-included offense of Count One of the Indictment; (3) adjudicate Defendant guilty of conspiracy to distribute and possess with intent to distribute methamphetamine (actual and mixture and substance), a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) and 846; and (4) order that Defendant remain in custody until sentencing in this matter. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 145] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw her not guilty plea as to a lesser-included offense of Count One of the Indictment is **GRANTED**;

2. Defendant's plea of guilty to a lesser-included offense of Count One of the Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of conspiracy to distribute and possess with intent to distribute methamphetamine (actual and mixture and substance), a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) and 846; and

4. Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on October 16, 2017 at 2:00 p.m. before the undersigned.

**SO ORDERED.**

                                                  */s/ Harry S. Mattice, Jr.*
                                                  HARRY S. MATTICE, JR.
                                                  UNITED STATES DISTRICT JUDGE